AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TUCKER, PETRESE B. | PA-EASTERN DISTRICT | 08/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE (ACTIVE) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

ROOM 9613 US COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106-1751

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | EXECUTOR | FATHER'S ESTATE |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | COMMONWEALTH OF PA STATE EMPLOYEES' RETIREMENT SYSTEM |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | COMMONWEALTH OF PA STATE EMPLOYEES' RETIREMENT SYSTEM-RETIREMENT PLAN | $27,099.72 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ADMINISTRATIVE OFFICE OF PA COURTS-COMMON PLEAS COURT JUDGE SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYIPA | MARCH 2014 | NEW YORK CITY | LEGAL/SOCIAL | HOTEL AND MEALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LAND-HALIFAX COUNTY, VA | | None | L | W | | | | | |
| 2. REAL ESTATE PHILA PA-COTTAGE HOUSE-RENTAL INCOME | A | Rent | K | W | | | | | |
| 3. ROYAL BANK ACCOUNT | A | Interest | J | T | | | | | |
| 4. PHILA FEDERAL CREDIT UNION ACCOUNT (X) | A | Interest | J | T | | | | | |
| 5. REAL ESTATE OWNED BY FATHER'S ESTATE (Y) | | | M | Q | | | | | |
| 6. PNC BANK ACCOUNT-OWNED BY FATHER'S ESTATE (Y) | | | J | T | | | | | |
| 7. 3 M COMPANY | B | Dividend | J | T | Buy (add'l) | 02/12/14 | J | | |
| 8. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 9. | | | | | Buy (add'l) | 03/24/14 | J | | |
| 10. AARONS | A | Dividend | | | Sold | 04/04/14 | J | A | |
| 11. ABBOTT LABS | A | Dividend | J | T | | | | | |
| 12. | | | | | Buy (add'l) | 11/13/14 | J | | |
| 13. ABBVIE | A | Dividend | J | T | | | | | |
| 14. ACCENTURE | A | Dividend | J | T | | | | | |
| 15. ACE LIMITED | A | Dividend | J | T | | | | | |
| 16. ACTAVIS | A | Dividend | J | T | Buy | 09/18/14 | J | | |
| 17. ACTUANT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ADP | A | Dividend | J | T | | | | | |
| 19. ADVENT | A | Dividend | J | T | Buy | 03/17/14 | J | | |
| 20. ALBEMARLE | A | Dividend | J | T | | | | | |
| 21. | | | | | Sold (part) | 04/14/14 | J | | |
| 22. ALCOA | A | Dividend | J | T | Buy (add'l) | 07/14/14 | J | | |
| 23. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 24. ALIBABA GROUP | A | Dividend | J | T | Buy | 10/27/14 | J | | |
| 25. ALLIANCE DATA SYSTEMS | A | Dividend | J | T | | | | | |
| 26. ALLY FINCL | A | Dividend | | | Buy | 04/10/14 | J | | |
| 27. | | | | | Sold | 07/16/14 | J | | |
| 28. ALTRIA GROUP | A | Dividend | J | T | Sold (part) | 04/14/14 | J | A | |
| 29. | | | | | Sold (part) | 12/18/14 | J | A | |
| 30. | | | | | Sold (part) | 12/31/14 | J | A | |
| 31. AMAZON | A | Dividend | J | T | Buy (add'l) | 09/09/14 | J | | |
| 32. AMTR FINANCIAL SERVICES | A | Dividend | J | T | | | | | |
| 33. ANERICAN AXLE & MFG | A | Dividend | J | T | Sold (part) | 09/03/14 | J | | |
| 34. AMER EXPRESS | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ANALOG DEVICES | A | Dividend | J | T | Buy (add'l) | 03/24/14 | J | | |
| 36. | | | | | Buy (add'l) | 03/25/14 | J | | |
| 37. ANHEUSER BUSCH INBEV | A | Dividend | J | T | | | | | |
| 38. AON | A | Dividend | | | Sold | 03/12/14 | J | A | |
| 39. APPLE | A | Dividend | K | T | Buy (add'l) | 04/16/14 | J | | |
| 40. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 41. | | | | | Sold (part) | 03/04/14 | J | | |
| 42. | | | | | Sold (part) | 04/14/14 | J | A | |
| 43. | | | | | Sold (part) | 04/23/14 | J | A | |
| 44. | | | | | Sold (part) | 12/18/14 | J | A | |
| 45. ASML HLDGS NV NY | A | Dividend | J | T | | | | | |
| 46. ASSA ABLOY AB | A | Dividend | J | T | | | | | |
| 47. ASTRONICS | A | Dividend | J | T | Buy | 09/10/14 | J | | |
| 48. AT&T | A | Dividend | | | Sold | 02/11/14 | J | A | |
| 49. AUTOZONE | A | Dividend | J | T | | | | | |
| 50. ATWOOD OCEANICS | A | Dividend | | | Sold | 12/10/14 | J | | |
| 51. BAIDU | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BANCO DO BRASIL | A | Dividend | J | T | | | | | |
| 53. BALCHEM | A | Dividend | J | T | Buy (add'l) | 03/17/14 | J | | |
| 54. B/E AEROSPACE | A | Dividend | J | T | Sold (part) | 03/17/14 | J | A | |
| 55. BANK MANDIRI TBK | A | Dividend | | | Sold | 03/14/14 | J | A | |
| 56. BANK OF THE OZARKS | A | Dividend | J | T | | | | | |
| 57. BAXTER INTERNTL | A | Dividend | J | T | Buy (add'l) | 02/28/14 | J | | |
| 58. BAYERISCHE MOTORWERKE | A | Dividend | | | Sold | 01/15/14 | J | A | |
| 59. BIOGEN IDEC | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 60. | | | | | Sold (part) | 01/13/14 | J | A | |
| 61. BIOMARIN PHARMACEUTICALS | A | Dividend | | | Sold | 09/16/14 | J | | |
| 62. BIO REFERENCE LABS | A | Dividend | J | T | | | | | |
| 63. BCE | A | Dividend | J | T | | | | | |
| 64. BLACKROCK | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 65. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 66. | | | | | Buy (add'l) | 05/14/14 | J | | |
| 67. | | | | | Sold (part) | 12/31/14 | J | A | |
| 68. BOEING | A | Dividend | | | Sold | 04/23/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BOSTON BEER | A | Dividend | J | T | | | | | |
| 70. BRISTOL MEYERS SQUIBB | A | Dividend | J | T | Buy (add'l) | 04/16/14 | J | | |
| 71. | | | J | | Sold (part) | 01/15/14 | J | A | |
| 72. | | | | | Sold (part) | 01/16/14 | J | A | |
| 73. | | | | | Sold (part) | 02/11/14 | J | A | |
| 74. | | | | | Sold (part) | 03/24/14 | J | A | |
| 75. CARNIVAL | A | Dividend | J | T | | | | | |
| 76. CELGENE | A | Dividend | J | T | | | | | |
| 77. CHECK POINT SOFTWARE | A | Dividend | J | T | | | | | |
| 78. CHEVRON | A | Dividend | J | T | Buy (add'l) | 04/16/14 | J | | |
| 79. | | | | | Sold (part) | 02/10/14 | J | | |
| 80. | | | | | Sold (part) | 04/14/14 | J | A | |
| 81. | | | | | Sold (part) | 01/23/14 | J | A | |
| 82. CHINA SHENHUA ENERGY | A | Dividend | | | Sold | 01/29/14 | J | | |
| 83. CINN FINCL | A | Dividend | J | T | | | | | |
| 84. CISCO SYSTEMS | A | Distribution | K | T | Buy (add'l) | 10/01/14 | J | | |
| 85. | | | | | Sold (part) | 04/23/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CIT GROUP | A | Dividend | J | T | | | | | |
| 87. CITIGROUP | A | Dividend | J | T | | | | | |
| 88. COCA COLA | A | Dividend | J | T | Buy (add'l) | 04/16/14 | J | | |
| 89. | | | | | Sold (part) | 03/10/14 | J | A | |
| 90. | | | | | Sold (part) | 04/14/14 | J | A | |
| 91. COLFAX | A | Dividend | J | T | Sold (part) | 03/17/14 | J | A | |
| 92. COMCAST | A | Dividend | J | T | Sold (part) | 04/14/14 | J | A | |
| 93. COMERICA | A | Dividend | J | T | | | | | |
| 94. CONOCOPHILLIPS | A | Dividend | J | T | | | | | |
| 95. CONSOL ENERGY | A | Dividend | | | Sold | 09/10/14 | J | A | |
| 96. CONTINENTAL AG SDPNRD | A | Dividend | J | T | | | | | |
| 97. CORNING | A | Dividend | J | T | | | | | |
| 98. CORRECTIONS CORP OF AM | A | Dividend | J | T | | | | | |
| 99. COVIDIEN | A | Dividend | | | Sold | 11/12/14 | J | A | |
| 100. CORVEL | A | Dividend | J | T | | | | | |
| 101. COSTCO | A | Dividend | J | T | Buy (add'l) | 09/24/14 | J | | |
| 102. CREDICORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   CREDIT ACCEPTANCE | A | Dividend | J | T | | | | | |
| 104.   CROWN CASTLE INTL | A | Dividend | | | Sold | 09/25/14 | J | A | |
| 105.   CROWN HLDGS | A | Dividend | J | T | | | | | |
| 106.   CULLEN FIRST BKRS PV | A | Dividend | | | Sold | 12/22/14 | J | A | |
| 107.   CVS CAREMARK | A | Dividend | | | Sold | 06/25/14 | J | B | |
| 108.   CVS HEALTH | A | Dividend | J | T | | | | | |
| 109.   DAIWA HOUSE IND | A | Dividend | J | T | | | | | |
| 110.   DANAHER | A | Dividend | J | T | | | | | |
| 111.   DELPHI AUTOMOTIVE | A | Dividend | J | T | | | | | |
| 112.   DELTA AIR LINE | A | Dividend | | | Buy | 01/14/14 | J | | |
| 113. | | | | | Sold | 08/29/14 | J | A | |
| 114.   DIAGEO | A | Dividend | J | T | | | | | |
| 115.   DISCOVER COMM | A | Dividend | | | Sold | 01/28/14 | J | A | |
| 116.   DISNEY | A | Dividend | | | Sold | 11/19/14 | J | A | |
| 117.   DOMINION RES | A | Dividend | J | T | | | | | |
| 118.   DORMAN PRODUCTS | A | Dividend | J | T | | | | | |
| 119.   DOVER | A | Dividend | | | Sold | 01/17/14 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000         L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment                  T =Cash Market
   (See Column C2)              U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. DUKE ENERGY | A | Dividend | J | T | | | | | |
| 121. DREW INDUSTRIES | A | Dividend | J | T | Buy | 09/03/14 | J | | |
| 122. EAGLE BANCORP | A | Dividend | J | T | | | | | |
| 123. EATON | A | Dividend | J | T | | | | | |
| 124. EASTMAN CHEMICAL | A | Dividend | J | T | | | | | |
| 125. E M C | A | Dividend | J | T | | | | | |
| 126. EBAY | A | Dividend | | | Sold | 01/17/14 | J | A | |
| 127. EDWARDS LIFESCIENCES | A | Dividend | | | Sold | 02/18/14 | J | | |
| 128. ENCORE CAPITAL GROUP | A | Dividend | J | T | | | | | |
| 129. ELI LILLY | A | Dividend | J | T | Buy (add'l) | 01/29/14 | J | | |
| 130. EMERSON ELEC | A | Dividend | J | T | Buy (add'l) | 12/19/14 | J | | |
| 131. ENERSYS | A | Dividend | J | T | | | | | |
| 132. EOG RESOURCES | A | Dividend | J | T | Buy (add'l) | 09/29/14 | J | | |
| 133. ESTERLINE TECH | A | Dividend | J | T | | | | | |
| 134. EXPRESS SCRIPTS HLDG | A | Dividend | J | T | | | | | |
| 135. EXXON MOBIL | A | Dividend | J | T | | | | | |
| 136. EXPERIAN PLC | A | Dividend | | | Sold | 06/03/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. FACEBOOK | A | Dividend | J | T | | | | | |
| 138. FAMILY DOLLAR | A | Dividend | | | Sold | 04/03/14 | J | | |
| 139. FEDERATED INVESTORS | A | Dividend | J | T | | | | | |
| 140. FIDELITY NATL INFO SERV | A | Dividend | J | T | | | | | |
| 141. FEDEX | A | Dividend | | | Sold | 02/25/14 | J | A | |
| 142. FIRST C FINCL SERV | A | Dividend | | | Sold | 07/15/14 | J | | |
| 143. FIRST FINCL HLDGS | A | Dividend | | | Sold | 06/19/14 | J | | |
| 144. FIRST SERV SUB | A | Dividend | J | T | | | | | |
| 145. FLEETCOR TECH | A | Dividend | J | T | Buy (add'l) | 05/02/14 | J | | |
| 146. FRANKLIN RES | A | Dividend | J | T | | | | | |
| 147. GALLAGHER ARTHUR J & CO | A | Dividend | J | T | | | | | |
| 148. GAMING & LEISURE PROPERTIES | A | Dividend | | | Sold | 03/17/14 | J | | |
| 149. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 150. GENERAL MILLS | A | Dividend | J | T | | | | | |
| 151. GENERAL MOTORS | A | Dividend | J | T | | | | | |
| 152. | | | | | Sold (part) | 04/11/14 | J | | |
| 153. GENERAL DYNAMICS | A | Dividend | J | T | Buy (add'l) | 04/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 155. | | | | | Sold (part) | 01/28/14 | J | A | |
| 156. | | | | | Sold (part) | 12/31/14 | J | A | |
| 157.  GENESEE & WYOMING | A | Dividend | J | T | | | | | |
| 158.  GENIUNE PARTS | A | Dividend | J | T | | | | | |
| 159.  GOLDMAN SACHS | A | Dividend | J | T | | | | | |
| 160.  GLAXO SMITH KLINE | A | Dividend | | | Sold | 08/11/14 | J | | |
| 161.  GOOGLE | A | Dividend | J | T | Buy (add'l) | 10/17/14 | J | | |
| 162. | | | | | Sold (part) | 04/14/14 | J | A | |
| 163. | | | | | Sold (part) | 04/23/14 | J | A | |
| 164. | | | | | Sold (part) | 08/27/14 | J | A | |
| 165.  HALLIBURTON | A | Dividend | | | Buy | 04/22/14 | J | | |
| 166. | | | | | Sold | 12/03/14 | J | | |
| 167.  HARTFORD FINANCIAL SERV | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 168.  HASBORO | A | Dividend | J | T | | | | | |
| 169.  HATTERAS FINCL | A | Dividend | | | Sold | 01/29/14 | J | A | |
| 170.  HCA HLDGS | A | Dividend | J | T | Buy (add'l) | 12/12/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. HCP | A | Dividend | | | Sold | 11/25/14 | J | A | |
| 172. HEALTHCARE REIT | A | Dividend | J | T | | | | | |
| 173. HEICO | A | Dividend | J | T | | | | | |
| 174. HERSHEY | A | Dividend | J | T | Buy (add'l) | 09/11/14 | J | | |
| 175. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 176. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 177. HIBBETT SPORTS | A | Dividend | | | Sold | 09/09/14 | J | | |
| 178. HOME BANCSHARES | A | Dividend | J | T | | | | | |
| 179. HOME DEPOT | A | Dividend | J | T | | | | | |
| 180. HONEYWELL INTL | A | Dividend | J | T | | | | | |
| 181. HSN | A | Dividend | J | T | | | | | |
| 182. IDEXX LAB | A | Dividend | J | T | | | | | |
| 183. ILLINOIS TOOL WORKS | A | Dividend | J | T | | | | | |
| 184. INTEL | A | Dividend | J | T | Sold (part) | 03/24/14 | J | A | |
| 185. | | | | | Sold (part) | 04/14/14 | J | A | |
| 186. | | | | | Sold (part) | 06/05/14 | J | A | |
| 187. | | | | | Sold (part) | 11/05/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  INTERCONTINENTAL | A | Dividend | J | T | | | | | |
| 189.  IMPERIAL TOB GRP | A | Dividend | J | T | | | | | |
| 190.  IBM | A | Dividend | J | T | Sold (part) | 01/30/14 | J | A | |
| 191. | | | | | Sold (part) | 04/14/14 | J | A | |
| 192.  INTUIT | A | Dividend | J | T | Buy (add'l) | 09/24/14 | J | | |
| 193.  JOHNSON & JOHNSON | A | Dividend | J | T | Sold (part) | 04/14/14 | J | A | |
| 194. | | | | | Sold (part) | 04/23/14 | J | A | |
| 195. | | | | | Sold (part) | 07/01/14 | J | A | |
| 196. | | | | | Sold (part) | 12/31/14 | J | A | |
| 197.  JOHNSON CONTROLS | A | Dividend | J | T | | | | | |
| 198.  JOY GLOBAL | A | Dividend | J | T | | | | | |
| 199.  JP MORGAN CHASE | A | Dividend | J | T | Buy (add'l) | 04/16/14 | J | | |
| 200. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 201. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 202. | | | | | Sold (part) | 04/14/14 | J | | |
| 203. | | | | | Sold (part) | 10/06/14 | J | A | |
| 204.  KASIKORNBANK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. KELLOGG | A | Dividend | | | Buy | 02/11/14 | J | | |
| 206. | | | | | Sold | 07/15/14 | J | A | |
| 207. KINDER MORGAN | A | Dividend | J | T | Buy (add'l) | 04/16/14 | J | | |
| 208. | | | | | Sold (part) | 04/14/14 | J | | |
| 209. | | | | | Sold (part) | 04/23/14 | J | | |
| 210. | | | | | Sold (part) | 12/31/14 | J | B | |
| 211. KIMBERLY CLARK | A | Dividend | J | T | | | | | |
| 212. KOC HLDG | A | Dividend | | | Sold | 01/22/14 | J | | |
| 213. KRAFT FOODS | A | Dividend | J | T | | | | | |
| 214. LABORATORY CORP OF AM | A | Dividend | | | Buy | 04/02/14 | J | | |
| 215. | | | | | Sold | 11/03/14 | J | | |
| 216. LIFE HEALTHCARE | A | Dividend | | | Sold | 08/21/14 | J | A | |
| 217. LOCKHEED MARTIN | A | Dividend | J | T | Sold (part) | 04/14/14 | J | A | |
| 218. | | | | | Sold (part) | 04/23/14 | J | A | |
| 219. LORILLARD | A | Dividend | J | T | Sold (part) | 04/14/14 | J | A | |
| 220. | | | | | Sold (part) | 04/23/14 | J | A | |
| 221. LOWES | A | Dividend | J | T | Sold (part) | 12/31/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 30

Name of Person Reporting

**TUCKER, PETRESE B.**

Date of Report

08/13/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. LEVEL 3 COMM | A | Dividend | J | T | Buy (add'l) | 11/04/14 | J | | |
| 223. LYONDELL BASELL IND | A | Dividend | J | T | Buy | 01/14/14 | J | | |
| 224. LLOYDS BANKING GRP | A | Dividend | J | T | Buy | 03/26/14 | J | | |
| 225. LITHIA MOTORS | A | Dividend | J | T | Buy (add'l) | 09/03/14 | J | | |
| 226. MACYS | A | Dividend | | | Sold | 10/29/14 | J | A | |
| 227. MARSH & MCLENNAN | A | Dividend | J | T | Buy | 06/25/14 | J | | |
| 228. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 229. MANHATTAN ASSOC | A | Dividend | J | T | | | | | |
| 230. MASTERCARD | A | Dividend | J | T | | | | | |
| 231. MATTEL | A | Dividend | | | Sold | 04/16/14 | J | | |
| 232. MCDONALDS | A | Dividend | J | T | Sold (part) | 01/14/14 | J | | |
| 233. MCKESSON | A | Dividend | J | T | | | | | |
| 234. MEADWESTVACO | A | Dividend | | | Sold | 02/04/14 | J | A | |
| 235. MERCK & CO | A | Dividend | J | T | Buy (add'l) | 08/13/14 | J | | |
| 236. METLIFE | A | Dividend | J | T | | | | | |
| 237. MICHAEL KORS | A | Dividend | | | Sold | 06/16/14 | J | A | |
| 238. MICROSOFT | A | Dividend | K | T | Buy (add'l) | 03/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 08/12/14 | J | | |
| 240. | | | | | Sold (part) | 04/14/14 | J | A | |
| 241. | | | | | Sold (part) | 04/23/14 | J | A | |
| 242. | | | | | Sold (part) | 07/23/14 | J | A | |
| 243. | | | | | Sold (part) | 12/31/14 | J | A | |
| 244. MITSUBISHI ESTATE | A | Dividend | J | T | | | | | |
| 245. MONRO MUFFLER | A | Dividend | J | T | | | | | |
| 246. MAXIM INTEGRATED PRODUCTS | A | Dividend | J | T | | | | | |
| 247. MOLSON COOR BREWING | A | Dividend | J | T | | | | | |
| 248. MONSANTO | A | Dividend | J | T | Sold (part) | 09/30/14 | J | A | |
| 249. MWI VETERINARY SUPPLU | A | Dividend | J | T | | | | | |
| 250. NASDAQ OMX GRP | A | Dividend | J | T | | | | | |
| 251. NATIONAL GENERAL HLDGS | A | Dividend | J | T | Buy (add'l) | 06/19/14 | J | | |
| 252. NEENAH PAPER | A | Dividend | J | T | Buy | 09/04/14 | J | | |
| 253. NEOGEN | A | Dividend | J | T | | | | | |
| 254. NESTLE S A REP GRP | A | Dividend | J | T | | | | | |
| 255. NEWMARKET | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. NEXTERA ENERGY | A | Dividend | J | T | Buy (add'l) | 02/12/14 | J | | |
| 257. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 258. NIELSEN HLDGS | A | Dividend | | | Sold | 09/25/14 | J | | |
| 259. NOBLE ENERGY (X) | A | Dividend | J | T | | | | | |
| 260. NORVARTIS | A | Dividend | J | T | | | | | |
| 261. NOVO NORDISK | A | Dividend | J | T | Sold (part) | 08/12/14 | J | A | |
| 262. NXP SEMICONDUCTORS | A | Dividend | J | T | Buy | 02/26/14 | J | | |
| 263. OCCIDENTAL PETE | A | Dividend | J | T | | | | | |
| 264. OIL STS INTL | A | Dividend | J | T | | | | | |
| 265. ONEOK | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |
| 266. | | | | | Sold (part) | 12/19/14 | J | | |
| 267. OPEN TEST | A | Dividend | J | T | | | | | |
| 268. ORACLE | A | Dividend | J | T | Sold (part) | 04/14/14 | J | A | |
| 269. | | | | | Sold (part) | 09/08/14 | J | A | |
| 270. OREILLY AUTOMOTIVE | A | Dividend | | | Sold | 09/18/14 | J | A | |
| 271. OSI SYSTEM | A | Dividend | J | T | | | | | |
| 272. OUTERWALL | A | Dividend | | | Sold | 07/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. PAREXEL INTL | A | Dividend | J | T | | | | | |
| 274. PAYCHEX | A | Dividend | J | T | Buy (add'l) | 08/08/14 | J | | |
| 275. PEPSICO | A | Dividend | J | T | Buy (add'l) | 09/10/14 | J | | |
| 276. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 277. PEABODY ENERGY | A | Dividend | | | Sold | 02/05/14 | J | | |
| 278. PENN NATL GAMING | A | Dividend | | | Sold | 07/11/14 | J | | |
| 279. PFIZER | A | Dividend | J | T | Buy (add'l) | 09/18/14 | J | | |
| 280. | | | | | Sold (part) | 04/14/14 | J | A | |
| 281. | | | | | Sold (part) | 04/23/14 | J | A | |
| 282. | | | | | Sold (part) | 08/12/14 | J | A | |
| 283. PHILIP MORRIS | A | Dividend | J | T | Sold (part) | 04/14/14 | J | | |
| 284. | | | | | Sold (part) | 04/23/14 | J | | |
| 285. | | | | | Sold (part) | 03/11/14 | J | | |
| 286. PPG INDUSTRIES (X) | A | Dividend | J | T | | | | | |
| 287. PRECISION CASTPARTS | A | Dividend | J | T | | | | | |
| 288. PROCTOR & GAMBLE | A | Dividend | J | T | Sold (part) | 12/31/14 | J | A | |
| 289. PNC FINCL SERV | A | Dividend | J | T | Buy (add'l) | 12/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. PT MEDIA NUSANTARA CITRA | A | Dividend | | | Sold | 02/18/14 | J | | |
| 291. PRUDENTIAL FINANCIAL | A | Dividend | J | T | | | | | |
| 292. PRUSKA REAL ESTATE | A | Dividend | | | Sold | 01/22/14 | J | | |
| 293. PRA GROUP | A | Dividend | J | T | | | | | |
| 294. PANALPINA WELTTRANSPORT | A | Dividend | J | T | | | | | |
| 295. QUALCOMM | A | Dividend | J | T | Sold (part) | 04/29/14 | J | A | |
| 296. QUINTILES TRANSNATIONAL | A | Dividend | J | T | | | | | |
| 297. REALOGY HLDGS | A | Dividend | | | Sold | 10/23/14 | J | | |
| 298. RALPH LAUREN | A | Dividend | J | T | | | | | |
| 299. RANGE RESOURCES CORP | A | Dividend | | | Sold | 12/31/14 | J | A | |
| 300. RED HAT | A | Dividend | J | T | Buy | 03/06/14 | J | | |
| 301. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 302. REALTY INCOME CRP | A | Dividend | | | Sold | 09/11/14 | J | A | |
| 303. REGAL BELOIT | A | Dividend | | | Sold | 03/17/14 | J | | |
| 304. REGIONS FINCL | A | Dividend | | | Buy | 02/06/14 | J | | |
| 305. | | | | | Sold | 07/21/14 | J | | |
| 306. REXAM PLC | A | Dividend | | | Sold | 09/05/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. REYNOLDS AMERICAN | A | Dividend | J | T | | | | | |
| 308. RLI | A | Dividend | J | T | | | | | |
| 309. ROSS STORES | A | Dividend | J | T | | | | | |
| 310. SAMPO | A | Dividend | J | T | | | | | |
| 311. SBERBANK | A | Dividend | | | Sold | 03/12/14 | J | | |
| 312. SCHLUMBERGER | A | Dividend | J | T | | | | | |
| 313. SHERWIN WILLIAMS | A | Dividend | J | T | | | | | |
| 314. SKY DETSCHLND | A | Dividend | | | Sold | 02/20/14 | J | A | |
| 315. SPECTRA ENERGY | A | Dividend | J | T | | | | | |
| 316. STARBUCKS | A | Dividend | J | T | | | | | |
| 317. ST JUDE MEDICAL | A | Dividend | J | T | | | | | |
| 318. STATE STREET | A | Dividend | J | T | | | | | |
| 319. STRATASYS LTD | A | Dividend | | | Buy | 09/15/14 | J | | |
| 320. | | | | | Sold | 12/10/14 | J | | |
| 321. SUMITOMO MITSUI TR HLDGS | A | Dividend | J | T | | | | | |
| 322. CHARLES SCHWAB | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 323. SHIRE | A | Dividend | J | T | Buy (add'l) | 10/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. STARWOOD HOTELS | A | Dividend | J | T | Buy (add'l) | 12/08/14 | J | | |
| 325. SUMITOMO MITSUI UNSPONS | A | Dividend | J | T | | | | | |
| 326. SYMRISE | A | Dividend | J | T | | | | | |
| 327. TAIWAN SEMICONDUCTOR MFG | A | Dividend | J | T | | | | | |
| 328. TARGET | A | Dividend | J | T | Buy (add'l) | 08/22/14 | J | | |
| 329. TELEKOMUNIKASI INDONESIA | A | Distribution | | | Sold | 08/13/14 | J | | |
| 330. THE MADISON SQUARE GARDEN CO | A | Dividend | J | T | | | | | |
| 331. THERMO FISHER SCIENTIFIC | A | Dividend | J | T | Buy (add'l) | 09/04/14 | J | | |
| 332. TIBCO SOFTWARE | A | Dividend | | | Sold | 03/18/14 | J | | |
| 333. TIME WARNER | A | Dividend | J | T | | | | | |
| 334. TEVA PHARMACUETICAL | A | Dividend | J | T | Buy (add'l) | 12/05/14 | J | | |
| 335. TEXAS INSTRUMENTS | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 336. TRAVELERS | A | Dividend | J | T | | | | | |
| 337. TREEHOUSE FOODS | A | Dividend | J | T | | | | | |
| 338. TRIUMPH GROUP | A | Dividend | | | Sold | 03/17/14 | J | | |
| 339. TUPPERWARE BRANDS | A | Dividend | | | Sold | 12/19/14 | J | | |
| 340. TWENTY FIRST CENTURY FOX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. TYCO INTL | A | Dividend | J | T | Buy (add'l) | 01/17/14 | J | | |
| 342. TOPDANMARK | A | Dividend | J | T | | | | | |
| 343. TYLER TECHS | A | Dividend | J | T | | | | | |
| 344. THE MOSAIC CO | A | Dividend | J | T | Buy (add'l) | 01/30/14 | J | | |
| 345. | | | | | Buy (add'l) | 01/31/14 | J | | |
| 346. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 347. US BANCORP | A | Dividend | J | T | | | | | |
| 348. UNILEVER | A | Dividend | J | T | Sold (part) | 11/04/14 | J | | |
| 349. UNION PACIFIC | A | Dividend | J | T | | | | | |
| 350. UNITED TECHS | A | Dividend | J | T | Sold (part) | 11/24/14 | J | A | |
| 351. UNITEDHEALTH GRP | A | Dividend | J | T | | | | | |
| 352. UNITED PARCEL SERVICE | A | Dividend | J | T | | | | | |
| 353. VENTAS | A | Dividend | J | T | Buy (add'l) | 08/08/14 | J | | |
| 354. | | | | | Buy (add'l) | 08/11/14 | J | | |
| 355. VERIZON | A | Dividend | J | T | Sold (part) | 04/14/14 | J | | |
| 356. | | | | | Sold (part) | 04/23/14 | J | | |
| 357. | | | | | Sold (part) | 10/03/14 | J | A | |

1. Income Gain Codes:  A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment               T =Cash Market
   (See Column C2)          U =Book Value            V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. VERTEX PHARMACUETICALS | A | Dividend | J | T | | | | | |
| 359. VIACOM | A | Dividend | J | T | | | | | |
| 360. VIEWPOINT FINCL | A | Dividend | J | T | | | | | |
| 361. VIRTUS INVESTMENT PARTNERS | A | Dividend | | | Sold | 09/16/14 | J | | |
| 362. VISA | A | Dividend | J | T | Buy (add'l) | 08/27/14 | J | | |
| 363. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 364. VODAFONE | A | Dividend | | | Sold | 02/10/14 | J | | |
| 365. VORNADO REALTY TRUST | A | Dividend | | | Sold | 04/23/14 | J | A | |
| 366. VOLKSWAGEN | A | Dividend | | | Buy | 01/16/14 | J | | |
| 367. | | | | | Sold | 10/07/14 | J | | |
| 368. VMWARE | A | Dividend | J | T | | | | | |
| 369. WALMART | A | Dividend | | | Sold | 06/27/14 | J | | |
| 370. WELLS FARGO | A | Dividend | K | T | Buy (add'l) | 04/16/14 | J | | |
| 371. | | | | | Sold (part) | 04/14/14 | J | A | |
| 372. | | | | | Sold (part) | 09/05/14 | J | A | |
| 373. WEX | A | Dividend | J | T | | | | | |
| 374. WHOLE FOODS | A | Dividend | | | Sold | 07/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. WILLIAMS COMPANIES | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |
| 376. | | | | | Sold (part) | 06/25/14 | J | A | |
| 377. WISCONSIN ENERGY | A | Dividend | J | T | | | | | |
| 378. WOLVERINE WORLD WIDE | A | Dividend | J | T | | | | | |
| 379. WORLD ACCEPTANCE CORP | A | Dividend | J | T | | | | | |
| 380. WORLD FUEL SERVICES | A | Dividend | J | T | | | | | |
| 381. WINDSTREAM HLDGS | A | Dividend | J | T | Buy (add'l) | 07/29/14 | J | | |
| 382. XEROX | A | Dividend | J | T | Buy | 04/03/14 | J | | |
| 383. YELP | A | Dividend | J | T | Sold (part) | 04/14/14 | J | A | |
| 384. ZOETIS | A | Dividend | J | T | | | | | |
| 385. BIF MONEY FUND | A | Dividend | K | T | | | | | |
| 386. BLACKROCK ALLOCATION TARGET SERIES S | A | Dividend | L | T | | | | | |
| 387. US TREASURY NOTE .375% 8/31/15 | A | Interest | J | T | Buy | 12/11/14 | J | | |
| 388. | | | | | Sold (part) | 12/31/14 | J | | |
| 389. US TREASURY NOTE .25% 10/31/15 | A | Interest | K | T | | | | | |
| 390. | | | | | Sold (part) | 12/31/14 | K | A | |
| 391. US TREASURY NOTE .25% 2/29/16 | A | Interest | K | T | Buy | 03/18/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 12/31/14 | J | A | |
| 393. US TREASURY NOTE .375% 3/31/16 | A | Interest | K | T | Buy | 03/27/14 | K | | |
| 394. | | | | | Sold (part) | 12/31/14 | K | A | |
| 395. US TREASURY NOTE .375% 4/30/16 | A | Interest | K | T | Buy | 05/09/14 | K | | |
| 396. | | | | | Sold (part) | 12/31/14 | J | | |
| 397. US TREASURY NOTE 1% 5/15/16 | A | Interest | J | T | | | | | |
| 398. | | | | | Sold (part) | 03/18/14 | K | | |
| 399. US TREASURY NOTE .625% 7/15/16 | A | Interest | J | T | | | | | |
| 400. | | | | | Sold (part) | 12/31/14 | J | | |
| 401. US TREASURY NOTE .625% 2/15/17 | A | Interest | J | T | Buy | 03/06/14 | J | | |
| 402. US TREASURY NOTE .75% 3/15/17 | A | Interest | K | T | Buy | 03/27/14 | K | | |
| 403. | | | | | Sold (part) | 12/31/14 | J | A | |
| 404. US TREASURY NOTE .1.5% 2/28/19 | A | Interest | K | T | Buy | 11/06/14 | K | | |
| 405. | | | | | Sold (part) | 12/31/14 | J | A | |
| 406. COVIDIEN INTL FINANCE BOND | A | Interest | J | T | | | | | |
| 407. JPMORGAN CHASE BOND | A | Interest | J | T | Buy | 10/06/14 | J | | |
| 408. WELLS FARGO BOND | A | Interest | J | T | Buy | 09/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. US TREASURY NOTE .25% 1/15/15 | A | Interest | | | Sold | 05/09/14 | K | A | |
| 410. US TREASURY NOTE .25% 5/31/14 | A | Interest | | | Sold | 03/28/14 | K | | |
| 411. US TREASURY NOTE .375% 6/30/15 | A | Interest | | | Sold | 11/06/14 | J | A | |
| 412. US TREASURY NOTE 1.875% 2/28/14 | A | Interest | | | Sold | 02/28/14 | J | | |
| 413. US TREASURY NOTE .375% 11/15/14 | A | Interest | | | Sold | 03/27/14 | K | A | |
| 414. VERIZON COMMUN 1.25% | A | Interest | | | Sold | 09/29/14 | J | A | |
| 415. BLACKROCK ALLOCATION TARGET SHARES SERIES S | B | Dividend | L | T | | | | | |
| 416. | | | | | | | | | |
| 417. | | | | | | | | | |
| 418. | | | | | | | | | |
| 419. | | | | | | | | | |
| 420. | | | | | | | | | |
| 421. | | | | | | | | | |
| 422. | | | | | | | | | |
| 423. | | | | | | | | | |
| 424. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 08/13/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PETRESE B. TUCKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544